# ORIGINAL

1  P. MARK GHAN
   Assistant General Counsel
2  Nevada Bar No. 3352
   University and Community College
3  System of Nevada
   Office of the General Counsel
4  2601 Enterprise Road
   Reno, Nevada 89512
5  (775) 784-4901, ext. 257
   (775) 784-1127--FAX
6
   *Attorney for Defendants*
7

U.S DISTRICT C...
DISTRICT OF NEVAD...
RECEIVED
MAY 2 7 2005
LERK, U.S. DISTRICT COURT

2005 JUN -2 AM 9:0...
FILED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ANN MIRCH, | No.: CV-N-04-0188-LRH-VPC |
| Plaintiff, | |
| vs. | |
| UNIVERSITY OF NEVADA, RENO, a division of the UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA, a political subdivision of the STATE OF NEVADA, | |
| Defendants. / | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

P. Mark Ghan, Assistant General Counsel, Counsel for Defendant, University of Nevada, Reno, a division of the University and Community College System of Nevada, a political subdivision of the State of Nevada, and Marc Picker, counsel for Plaintiff Ann Mirch, hereby, stipulate to the dismissal with prejudice of this action on the ground that this matter has been settled.

DATED this 27th day of May, 2005.



|  |  |
|---|---|
| By: /s/ _____<br>MARC PICKER, ESQ.<br>Nevada State Bar No. 3566<br>729 Evans Avenue<br>Post Office Box 3344<br>Reno, NV 89505-3344<br>(775) 324-4533<br>*Attorney for Plaintiff* | UNIVERSITY & COMMUNITY<br>COLLEGE SYSTEM OF NEVADA<br><br>By: /s/ _____<br>P. MARK GHAN<br>Assistant General Counsel<br>Nevada Bar No. 3352<br>2601 Enterprise Rd.<br>Reno, NV 89512<br>(775) 784-4901, ext. 257<br>*Attorney for Defendant* |

IT IS SO ORDERED.  6/1/05

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
            DISTRICT